7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dawn Kinney Cleveringa
*Debtor*

*Bankruptcy Case No.*
11−60586−abf7

**Moon River Enterprises, Inc.**
  Plaintiff(s)

*Adversary Case No.*
12−06043−abf

v.

**Dawn Kinney Cleveringa**
  Defendant(s)

# JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That Judgment is hereby entered in favor of Plaintiff Moon River Enterprises, Inc., and against Debtor−Defendant Dawn Kinney Cleveringa, in the amount of $798,860. Such Judgment is nondischargeable pursuant to ll U.S.C. Section 523(a)(2)(A)and (a)(4).

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Stanley
      Deputy Clerk

Date of issuance: 1/4/13

Court to serve